Spreckels, deceased, and Claus A. Spreckels, Rudolph Spreckels, and Emma C. Ferris, as individuals. Afterward, on leave of court, a second amended complaint was filed naming as plaintiffs only Claus A. Spreckels and Rudolph Spreckels, as executors of the last will and testament of Anna C. Spreckels, deceased.

Melvin, J., Henshaw, J., Lorigan, J., Sloss, J., Lawlor, J., and Angellotti, C. J., concurred.

Rehearing denied.

---

[S. F. No. 6694.   In Bank.—June 28, 1916.]

CLAUS A. SPRECKELS and RUDOLPH SPRECKELS, as Executors of the Last Will and Testament of Anna C. Spreckels, Deceased, Appellants, v. JOHN D. SPRECKELS, Respondent.

PLEADING—AMENDED COMPLAINT.—*Judgment affirmed on the authority of Spreckels v. Spreckels, ante, p. 818.*

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. J. M. Seawell, Judge.

The facts are similar to those stated in the opinion in *Spreckels v. Spreckels, ante,* p. 818.

Charles S. Wheeler, John F. Bowie, Cushing & Cushing, and Nathan M. Moran, for Appellants.

Morrison, Dunne & Brobeck, and A. A. Moore and Stanley Moore, *Amici Curiae,* for Respondent.

THE COURT.—The facts in this case are in substance the same as in case No. 6693, this day decided, *ante,* p. 818, the only difference being that John D. Spreckels is the defendant. The decision in that case is conclusive of this.

The judgment is affirmed.

Rehearing denied.